IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAQUEES MAURICE BOONE, #299 919, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:21-CV-164-RAH-CSC |
| JOSHUA MERRITT (STg), et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

On July 16, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 14. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

DONE, on this the 2nd day of September, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE